# Court of Appeals, State of Michigan

## ORDER

Bethanie Brady v Michael Heck

Docket No. 355417

LC No. 2020-062624-DC

Mark T. Boonstra
Presiding Judge

Jane E. Markey

Deborah A. Servitto
Judges

The June 10, 2021 opinion is hereby AMENDED to correct a clerical error: In all instances throughout the opinion, the initials of the minor child are corrected to read IJH.

In all other respects, the June 10, 2021 opinion remains unchanged.

_____
Presiding Judge

A true copy entered and certified by Jerome W. Zimmer Jr., Chief Clerk, on

June 17, 2021
Date

Chief Clerk